The People of the State of New York ex rel. Forty Wall Street Building, Inc., et al., Appellants and Respondents, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, et al., Respondents and Appellants.

Argued April 12, 1944; decided May 18, 1944.

*Edward R. Finch* for relators-appellants and respondents.

*Ignatius M. Wilkinson, Corporation Counsel (Oscar L. Tucker* and *Arthur H. Goldberg* of counsel), for defendants-respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Lewis, Conway, Desmond and Thacher, JJ. Taking no part: Rippey, J.